1

2

3

4

5

6                              UNITED STATES DISTRICT COURT

7                                    DISTRICT OF NEVADA

8                                            * * *
                                               )
9    NELSON SANDEFUR, JR.                       )
                                               )
10                 Plaintiff,                   )              3:10-cv-0252-LRH-VPC
                                               )
11   v.                                         )
                                               )              ORDER
12   FIRST HORIZON HOME LOANS; et al.,          )
                                               )
13                 Defendants.                  )
     _____          )

14

15         Before the court is defendant JP Morgan Chase Bank, N.A.'s ("JP Morgan") motion to

16   expunge lis pendens. Doc. #52.[1] Plaintiff Nelson Sandefur, Jr. ("Sandefur") did not file an

17   opposition.

18         In December 2007, Sandefur purchased several real properties through loans issued by

19   defendants. Sandefur defaulted on the loans and defendants initiated non-judicial foreclosure

20   proceedings on the properties. Subsequently, Sandefur filed a complaint for wrongful foreclosure

21   against defendants. Doc. #1, Exhibit A. This action was then transferred to Judge James A.

22   Teilborg ("Judge Teilborg") in the District of Arizona to oversee this action as part of a Multi-

23   District Litigation known as *In re: Mortgage Electronic Registration Systems (MERS) Litigation*,

24   MDL No. 2119.

25   ///

26
     _____
           [1] Refers to the court's docket entry number.

1    On October 3, 2011, Judge Teilborg dismissed this action with prejudice as part of a global

2  dismissal of consolidated actions. *See* Doc. #52, Exhibit B. On June 12, 2014, the Ninth Circuit

3  affirmed Judge Teilborg's order of dismissal as to this action. *See* Doc. #52, Exhibit D. Thereafter,

4  JP Morgan filed the present unopposed motion to expunge lis pendens. Doc. #52.

5    The failure of an opposing party to file points and authorities in response to any motion

6  shall constitute a consent to the granting of the motion under LR 7-2(d). Moreover, the court finds

7  that JP Morgan's motion to expunge lis pendens is warranted based on Judge Teilborg's dismissal

8  of this action. Accordingly, the court shall grant the motion to expunge lis pendens.

9

10    IT IS THEREFORE ORDERED that defendant's motion to expunge lis pendens (Doc. #52)

11  is GRANTED. Defendant JP Morgan Chase Bank, N.A. shall have ten (10) days to submit an

12  appropriate proposed order expunging the lis pendens and submit the same for approval and

13  signature.

14    IT IS SO ORDERED.

15    DATED this 25th day of August, 2014.

16    _____

17    LARRY R. HICKS
      UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

2