# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NELSON SANDEFUR, JR., | ) CASE NO.:   3:10-cv-00252-LRH-VPC |
| Plaintiff, | ) |
| v. | ) |
| FIRST HORIZON HOME LOANS; CHASE MORTGAGE; UTLS DEFAULT SERVICE, LLC; FOUNDERS TITLE COMPANY OF NEVADA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | ) ORDER EXPUNGING LIS PENDENS |
| Defendants. | ) |

The Court, having considered the Motion to Expunge Lis Pendens (the "Motion to Expunge") filed by Defendant JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance LLC (incorrectly named as Chase Mortgage), and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Expunge is GRANTED in its entirety; and

IT IS FURTHER ORDERED that the Notice of Lis Pendens recorded by or on behalf of Plaintiff Nelson Sandefur, Jr. on March 22, 2010, in the Official Records of the Washoe County, Nevada Recorder, as Document No. 3862105 (the "Lis Pendens"), is hereby cancelled, expunged, and fully discharged, and is of no further force and effect for any purpose; and

IT IS FURTHER ORDERED that the real property located at 12000 Andes Street, Reno, Nevada 89506 (APN 086-472-21) is fully exonerated from the referenced Lis Pendens.

IT IS SO ORDERED:

DATED this 9th day of September, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2